1 | McGREGOR W. SCOTT
United States Attorney
2 | R. STEVEN LAPHAM
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2724

**FILED**

AUG 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S2:06-CR-0361 DFL |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 844(i) - Arson/Attempted Arson |
| v. | ) | |
| LILLIAN OJUKWU, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 844(i) - Arson/Attempted Arson]

The Grand Jury charges: T H A T

LILLIAN OJUKWU

defendant herein, on or about May, 29, 2006, in the County of Sacramento, State and Eastern District of California, did knowingly and maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate commerce, and in activities affecting interstate commerce, specifically, a commercial building, located at 2554 Cottage Way, Sacramento,

////
////
////

1 | California, in violation of Title 18, United States Code Section
2 | 844(i).

A TRUE BILL.

/s/ Signature on file W/AUSA
FOREPERSON

/s/ [signature]
McGREGOR W. SCOTT
United States Attorney

2

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## LILLIAN OJUKWU

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 844(i) - Arson/Attempted Arson

A true bill,

_____/s/_____

Foreman.

Filed in open court this ___31st___ day

of ___August___, A.D. 20 _06_

_____C. Schultz_____

Clerk.

Bail, $ _Bench Warrant - Bail to be Determined at Hearing._

_____[signature]_____

GPO 863 525

2: 0 6 - CR - 0 3 6 1 DFL

PENALTY SLIP

DEFENDANT:     LILLIAN OJUKWU

VIOLATION:     18 U.S.C. § 844(i) - Attempted Arson
PENALTY:       Mandatory minimum 5 to 20 years imprisonment,
               Not more than $250,000 fine, or both;
               5-year term supervised release.

ASSESSMENT:    $100