DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814    **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
LILLIAN OJUKWU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-06-0361 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| v. ) | VACATING STATUS HEARING AND |
| ) | SETTING SCHEDULE |
| ) | |
| LILLIAN OJUKWU, ) | |
| ) | Judge: David F. Levi |
| Defendant. ) | |

This case is currently scheduled for a status hearing on October 5, 2006.  Ms. Ojukwu asserts her right to a speedy trial.   The parties stipulate and agree that a status hearing on October 5, 2006, is not required and that the hearing be vacated.  The parties further stipulate and agree to the following schedule:

December 11, 2006 at 9:00 a.m.- Trial

November 30, 2006 at 10:00 a.m. for TCH/Motion Hearing

November 23, 2006 - Reply to Motions

November 16, 2006 - Response to Motions

November 2, 2006 - Motions Due

A proposed order is attached and lodged separately for the court's convenience.

DATED: October 6, 2006

Respectfully submitted,

1

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /Lexi Negin for Steven Lapham<br>STEVEN LAPHAM<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Lillian Ojukwu |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-06-0361 DFL |
| Plaintiff, ) | PROPOSED ORDER VACATING STATUS HEARING AND SETTING SCHEDULE |
| v. ) | |
| LILLIAN OJUKWU, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on October 6, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for October 5, 2006, be vacated and that the following schedule is set:

December 11, 2006 at 9:00 a.m. - Trial

November 30, 2006 at 10:00 a.m. - TCH/Motion Hearing

November 23, 2006 - Reply to Motions

November 16, 2006 - Response to Motions

November 2, 2006 - Motions Due

Dated: 10/6/2006

_____
DAVID F. LEVI
United States District Judge

2