McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814          **OK/HAV**
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-361 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | VACATING TRIAL DATE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| LILLIAN OJUKWU, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant U.S. Attorney R. Steven Lapham and Assistant Federal Defender Lexi Negin, that the trial in this matter may be vacated and a status conference may be set for January 18, 2007 at 10:00 a.m.

   This request is made to permit the parties to attempt to resolve the case by a guilty plea to arson related charges in state court.  If the defendant does enter such a plea in state court, the government anticipates that it will dismiss the pending federal charges.  In order to give the parties adequate time to effectuate this agreement, the parties agree that time may be excluded under the Speedy Trial Act from the date that this stipulation is lodged with the Court, through and including January 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

1

(B)(iv) and Local Code T4.

DATED: November 29, 2006          McGREGOR W. SCOTT
                                  United States Attorney


                            By:   s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney


DATED: November 29, 2006          s/ R. Steven Lapham for
                                  LEXI NEGIN
                                  Assistant Federal Defender
                                  Counsel for Defendant

O R D E R

Having been advised by the parties that there is a likelihood that this case will resolve by the defendant pleading guilty to arson-related charges in state court and that additional time is needed to permit the defendant to do so, and good cause appearing therefor,

IT IS ORDERED that the trial date of December 11, 2006 is vacated and this matter is continued to January 18, 2007 at 10:00 a.m., for Status Conference.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv), the period from the date of this order to and including January 18, 2007, is excluded from the time computations required by the Speedy Trial Act in that the ends of justice served by granting the parties' joint request outweigh the best interests of the public and the defendant in a speedy trial because failure to grant the request would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS FURTHER ORDERED that, to effectuate the intent of the parties that the defendant expeditiously enter a guilty plea in state court, the United States Marshal shall release the defendant to the custody of the Sacramento County Sheriff for the purpose of transporting the defendant to and from all necessary court appearances in state court.

DATED: November 29, 2006

/s/ David F. Levi
HON. DAVID F. LEVI
Chief Judge
United States District Court