DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814                                **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
LILLIAN OJUKWU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-06-0361 DFL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| LILLIAN OJUKWU, | ) | Judge: David F. Levi |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on January 18, 2007. The parties stipulate and agree that the status hearing should be continued to February 8, 2007, and that further time is needed for counsel to prepare and discuss resolution of the case. The case is currently pending in state court and it is the intention of the federal government to dismiss the above-captioned case when the state court case is resolved. It is the understanding of the parties that the state court matter will be resolved in the next week.

The parties stipulate that the time period from January 18, 2007, to February 8, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and resolve the case in state court.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 18, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT                                    DANIEL BRODERICK
United States Attorney                                       Federal Defender

 /Lexi Negin for Steven Lapham                   /s/ Lexi Negin
STEVEN LAPHAM                                          LEXI NEGIN
Assistant U.S. Attorney                                  Assistant Federal Defender
Attorney for United States                            Attorney for Lillian Ojukwu

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LILLIAN OJUKWU,<br><br>        Defendant. | CASE NO. CR-06-0361 DFL<br><br>ORDER CONTINUING STATUS HEARING DATE AND EXCLUDING TIME |

    For the reasons set forth in the stipulation of the parties, filed on January 18, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for January 18, 2007, be continued to February 8, 2007.

    The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 18, 2007 stipulation, the time under the Speedy Trial Act is excluded from January 18, 2007, through February 8, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 18, 2007

                                        /s/ David F. Levi
                                        DAVID F. LEVI
                                        CHIEF JUDGE UNITED STATES DISTRICT COURT