McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>LILLIAN OJUKWU,             )<br>                            )<br>            Defendant.      )<br>_____) | CR. NO. S-06-361 DFL<br><br>ORDER DISMISSING<br>INDICTMENT |

Based on the the government's motion to dismiss the indictment and the defendant's plea to state charges involving the same conduct set forth in the indictment,

IT IS HEREBY ORDERED that the above-captioned indictment be and hereby is dismissed.

DATED: 02/07/2007

                                    /s/ David F. Levi
                                    _____
                                    HON. DAVID F. LEVI
                                    Chief Judge
                                    United States District Court

1